UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.: 2:20-cr-90-SPC-MRM

MARIAN IFRIM

### FINAL ORDER OF FORFEITURE[1]

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2), is the United States of America's Motion for Order of Forfeiture in the amount of **$100,762.30** against Defendant Marian Ifrim filed on June 23, 2021. (Doc. 104).

Being fully advised of the relevant facts, the Court hereby finds that the Defendant obtained at least **$100,762.30** as a result of his theft of government funds, for which he pled guilty (Doc. 99). The undersigned District Court Judge accepted his plea of guilty and adjudicated the Defendant guilty and scheduled sentencing for September 13, 2021. (Doc. 102).

Accordingly, for good cause shown, it is hereby:

**ORDERED**:

1. The United States' Motion for Order of Forfeiture (Doc. 104) is

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**GRANTED**.

2. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, Defendant Marian Ifrim shall be held liable for an order of forfeiture in the amount of **$100,762.30**. The United States shall not collect more than **$100,762.30**, in total, from Defendant Marian Ifrim and his Co-Defendant Madelin Caridad Ifrim who has already been sentenced for the same offense in this case.

3. Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), because the **$100,762.30** in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of **$100,762.30**.

4. This order shall become a final order of forfeiture as to Defendant Marian Ifrim at the time of sentencing.

5. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

**DONE AND ORDERED** in Fort Myers, Florida on July 19, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

3